UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JUL 2 - 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CLAIRE SENGLIN, | § § § § | |
| Plaintiff, | | |
| v. | § | C. A. No. H-01-3900 |
| CYPRESS CREEK EMS, et al., | § § § § § | |
| Defendants. | | |

ORDER

Plaintiff's Corrective Notice is hereby approved by the court without correction. Defendants may not send out any other correspondence to the putative class without permission until the class issues are resolved. The Joint Motion for Status Conference is DENIED.

SIGNED in Houston, Texas, this 1ˢᵗ day of July, 2002.

NANCY K. JOHNSON
U. S. MAGISTRATE JUDGE

#41