UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 0 3 2002

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| CLAIRE SENGLIN, et al. | § |
| Plaintiffs, | § |
| v. | § C.A. NO. H-01-3900 |
| CYPRESS CREEK EMERGENCY MEDICAL SERVICES ASSOCIATION | § |
| Defendant. | § |

ORDER

Plaintiffs' Motion for Sanctions (Docket Entry No. 24-2) is DENIED.

SIGNED in Houston, Texas, this 2nd day of July, 2002.

_____
NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE

43