

SEP 0 4 2002

MICHAEL N. MILBY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLAIRE SENGLIN, et al. | § | Civil Action No. H-01-3900 |
| | § | |
| v. | § | |
| | § | COLLECTIVE ACTION |
| CYPRESS CREEK EMERGENCY | § | |
| MEDICAL SERVICES ASSOCIATION | § | |
| and BRADLEY J. ENGLAND | § | JURY TRIAL DEMANDED |

## ORDER

The Court, having considered the Unopposed Motion for Leave to Amend hereby GRANTS the Motion and the Clerk is hereby ORDERED to accept Plaintiff's Third Amended Complaint for filing. Defendant is hereby granted 15 days in which to file a responsive pleading.

United States Magistrate Judge