United States Courts
Southern District of Texas
ENTERED

JUL 2 9 2003

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Case No. 03-33803-H5-11** |
| **CYPRESS CREEK E.M.S.** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |
| | § | |
| **CLAIRE SENGLIN, et al.** | § | |
| | § | |
| Movant, | § | **Contested Matter** |
| | § | |
| v. | § | |
| | § | |
| **CYPRESS CREEK E.M.S.** | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER

Claire Senglin, and all those opt-in plaintiffs included in *Claire Senglin, et. al v. Cypress Creek E.M.S., et al.,* Civil Action No. H-01-3900, pending in the United States District Court for the Southern District of Texas, joined with Defendant Cypress Creek E.M.S. and filed a Joint Motion for Approval of Settlement and Compromise Between Claire Senglin, et al. and Debtor. The Court has reviewed the Joint Motion and given all individuals in this proceeding the opportunity to be heard. Having considered the Joint Motion, this Court is of the opinion is should be and hereby is GRANTED.

The Court therefore ORDERS the parties are permitted to compromise and settle the claims as outlined in the parties' motion, and the Court hereby lifts the stay of the underlying lawsuit for purposes of allowing the District Court to consider and approve the settlement and for entry of dismissal of the lawsuit.

United States Bankruptcy Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By
Deputy Clerk

1

147

AGREED AS TO FORM AND SUBSTANCE:

Richard J. Burch
Bruckner Burch, PLLC
Attorney-in-Charge for Plaintiffs
State Bar No. 24001807
S.D. of Texas No. 21615
5847 San Felipe, Suite 3900
Houston, Texas  77057
Telephone:  (713)  877-8788
Telecopier: (713)  877-8065

COUNSEL FOR CLAIRE SENGLIN AND ALL
THOSE SIMILARLY SITUATED

Barbara Rogers
Waldron & Schneider, L.L.P.
State Bar. No 17163200
University Park
15150 Middlebrook Dr.
Phone:  281-488-4438
Fax: 281-488-4597

COUNSEL FOR DEBTOR
CYPRESS CREEK EMS